IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOSE ARTEAGA RODRIGUEZ,
Reg. #11782-179                                                                                    PLAINTIFF

V.                          Case No. 2:13-cv-00168 KGB/JTR

ANTHONY HAYNES, Warden,
Forrest City Correctional Complex; and
DOES, Forrest City Health Service Employees
and Servants, 1-100                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief sought is denied. The Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

SO ADJUDGED this 28th day of January, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE