IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOSE ARTEAGA RODRIGUEZ,
Reg. #11782-179                                                                                          PLAINTIFF

V.                             Case No. 2:13-cv-00168 KGB/JTR

ANTHONY HAYNES, Warden,
Forrest City Correctional Complex; and
DOES, Forrest City Health Service Employees
and Servants, 1-100                                                                                     DEFENDANTS

## ORDER

On June 4, 2014, the Court gave plaintiff Jose Arteaga Rodriguez a final 30-day extension to file his response to defendants' motion for summary judgment on the issue of exhaustion (Dkt. No. 20). Mr. Rodriguez was advised that if he did not timely file his response, his case would be dismissed pursuant to Local Rule 5.5(c)(2).

As of the date of this Order, Mr. Rodriguez has not filed his response, and the time for doing so has expired. Accordingly, this case is dismissed without prejudice, and all pending motions are denied as moot. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ORDERED this 31st day of July, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE