## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

JOSE ARTEAGA RODRIGUEZ,                                          PLAINTIFF
Reg. #11782-179

v.                              2:13-cv-00168-KGB-JTR

ANTHONY HAYNES, Warden,
Forrest City Correctional Complex *et al.*                        DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from United States Magistrate Judge Tom Ray (Dkt. No. 107).  No objections to the Recommendation were filed, and the time for filing objections has passed.  After careful review, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects.  Defendants' motions to dismiss are denied as moot (Dkt. Nos. 88, 102).

Accordingly, this case is dismissed for failure to prosecute.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order  would not be taken in good faith.

It is so ordered this 18th day of February, 2016.

_____
Kristine G. Baker
United States District Judge