# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**JOSE ARTEAGA RODRIGUEZ,**
Reg. #11782-179                                                                                             **PLAINTIFF**

**V.**                              Case No. 2:13-cv-00168 KGB/JTR

**ANTHONY HAYNES, Warden,**
**Forrest City Correctional Complex; and**
**DOES, Forrest City Health Service Employees**
**and Servants, 1-100**                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief sought is denied. The Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

So adjudged this 18th day of February, 2016.


_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE